AUGUST J. LANDI, PLAINTIFF-PETITIONER, v. STANLEY TSIGOUNIS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Glauberman & Weiss* for the petitioner.

*Messrs. Milton, Keane & DeBona* and *Mr. Thomas J. Brady* for the respondent.

May 27, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CURTIS HOWARD, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. John M. Cannel* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

May 27, 1969. Denied.

OSCAR GERMANN, IND., AND AS ADM. *AD PROS.* & GEN. ADM. OF THE ESTATE OF GERDA GERMANN, DECEASED, PLAINTIFF-RESPONDENT, v. JOSEPH P. MATRISS, DEFENDANT-PETITIONER.

See same case below: 104 *N. J. Super.* 466.

*Messrs. Stevens & Mathias* for the petitioner.

*Mr. Seymour Cohen* and *Mr. Joseph Coult* for the respondent.

May 27, 1969. Granted.